IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MANUEL RIVAS  PLAINTIFF
#144625

v.            Case No. 3:10-cv-324-DPM/HDY

TIM HELDER, RHONDA MECHEDA,
RANDALL DENZER, and W.H. HOWARD, JR.     DEFENDANTS

ORDER

Manuel Rivas filed this 42 U.S.C.A. § 1983 case in this district. But it appears, based on the alleged facts and the named Defendants, that venue properly lies in the Western District of Arkansas. 28 U.S.C.A. § 1391(b). The Court finds that the interests of justice would best be served by transferring this case to the United States District Court for the Western District of Arkansas. 28 U.S.C.A. § 1406(a). The Clerk of the Court is therefore directed to transfer Rivas's entire case file to the United States District Court for the Western District of Arkansas on 31 January 2011.

So Ordered.

*/s/ D.P. Marshall Jr.*

D.P. Marshall Jr.
United States District Judge

22 Dec. 10